**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

MLB ENTERPRISES, CORP.,

                    Plaintiff,

        -against-

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE et al.,
                    Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2|26|2020

19 **CIVIL** 4679 (JMF)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 26, 2020, Defendants'

motion to dismiss for lack of subject-matter jurisdiction is GRANTED and MLB's Complaint is

dismissed in its entirety without prejudice. The Court need not and does not consider Defendants'

other arguments for dismissal. Nor need the Court consider MLB's motion to strike a declaration

submitted by Defendants, ECF No. 28, at 18, as nothing in the declaration affected the Court's

analysis or conclusion; accordingly, the case is closed.

**Dated:** New York, New York
        February 26, 2020

                                **RUBY J. KRAJICK**

                                **Clerk of Court**

        **BY:**

                                **Deputy Clerk**